UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

HECTOR RIVAS,

    Plaintiff,

v.                                         Case No. 5:17cv82-MCR/GRJ

J ALVAREZ
MD ,

    Defendant.
_____/

**O R D E R**

This cause is before the Court on the Magistrate Judge's Report and Recommendation dated March 15, 2017, ECF No. 3. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a de novo determination of the timely filed objections, ECF No. 4.

Having considered the Report and Recommendation, and the objections, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This action is **DISMISSED** for abuse of the judicial process.

3. The Clerk is directed to close this case.

**DONE AND ORDERED** this 20th day of April 2017.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**